| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Wilner, Michael R. | 2. Court or Organization U.S. District Court - Central District of California | 3. Date of Report 05/05/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (full-time) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Roybal Federal Building
255 E. Temple St., Chambers Room 560
Los Angeles, CA 90012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. | Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct # 1 | | | | | | | | | |
| 2. BMO INTERM TAX FREE BOND FUND | A | Distribution | K | T | | | | | |
| 3. MFS EMERGING MARKETS DEBT FUND | A | Distribution | | | Sold | 09/23/15 | K | A | |
| 4. RIDGEWORTH SEIX FLOATING RATE INCOME FUND | A | Distribution | | | Sold | 12/10/15 | K | A | |
| 5. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | | | Sold | 03/12/15 | K | A | |
| 6. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | | | | | |
| 7. VANGUARD CA INTERM TERM TAX FREE | A | Distribution | K | T | | | | | |
| 8. ACADIAN EMERGING MARKETS FUND | A | Distribution | | | Sold | 09/03/15 | J | A | |
| 9. BARON SMALL CAP FUND | A | Distribution | | | Sold | 12/07/15 | J | A | |
| 10. BROWN ADVISORY GROWTH FUND | A | Distribution | K | T | | | | | |
| 11. DIAMOND HILL SMALL CAP | A | Distribution | J | T | | | | | |
| 12. HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 09/23/15 | K | A | |
| 13. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 14. OAKMARK INTL FUND | A | Distribution | | | Sold | 08/26/15 | K | A | |
| 15. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 16. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 17. ISHARES MSCI VALUE ETF | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES RUSSELL 1000 VALUE ETF | A | Distribution | L | T | | | | | |
| 19. ISHARES S&P 500 GROWTH ETF | A | Distribution | K | T | | | | | |
| 20. ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | K | T | | | | | |
| 21. ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | J | T | | | | | |
| 22. ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 23. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | | | | | |
| 24. SCHWAB US TREASURY ETF | A | Distribution | J | T | | | | | |
| 25. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 26. SCHWAB US MIDCAP ETF | A | Distribution | J | T | | | | | |
| 27. SCHWAB EMERGING MARKETS ETF | A | Distribution | | | Sold | 08/25/15 | K | A | |
| 28. SCHWAB INTL EQUITY ETF | A | Distribution | | | Sold | 09/03/15 | K | A | |
| 29. SCHWAB INTL SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 30. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 31. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/17/15 | J | | |
| 32. VANGARD FTSE EMERGING MARKETS ETF | A | Distribution | K | T | Buy | 08/25/15 | K | | |
| 33. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | K | T | Buy | 09/03/15 | K | | |
| 34. POWERSHARES EMRG MKTS SOVRGN DBT ETF | A | Distribution | J | T | Buy | 09/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB FUNDAMENTAL INL LARGE COM ETF | A | Distribution | K | T | Buy | 08/27/15 | K | | |
| 36. SPDR MSCI ACWI EX-US ETF | A | Distribution | K | T | Buy | 09/23/15 | K | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. Brokerage Acct #2 | | | | | | | | | |
| 40. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | |
| 41. RIDGEWORTH SEIX FLOATING RATE INCOME FUND | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 42. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | | | Sold | 04/09/15 | J | A | |
| 43. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 44. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 45. HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 09/23/15 | J | A | |
| 46. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 47. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 48. OAKMARK INTL FUND | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 49. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 50. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 51. SCHWAB US TREASURY ETF | A | Distribution | J | T | Buy (add'l) | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 53. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 54. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 55. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 56. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 57. | | | | | Sold (part) | 09/03/15 | K | A | |
| 58. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 12/02/15 | J | | |
| 59. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 60. SPDR MSCI ACWI EX-US ETF | A | Distribution | J | T | Buy | 09/23/15 | J | | |
| 61. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | K | T | Buy | 09/03/15 | J | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. Brokerage Acct #3 | | | | | | | | | |
| 65. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | |
| 66. RIDGEWORTH SEIX FLOATING RATE | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 67. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | | | Sold | 08/31/15 | J | A | |
| 68. SCHWAB CA TAX FREE BOND FUND | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 70. HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 09/23/15 | J | A | |
| 71. JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 72. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 73. OAKMARK INTL FUND | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 74. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 75. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 76. SCHWAB SMALL CAP EQUITY FUND | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 77. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 78. ISHARES CALIF AMT FREE MUNI ETF | A | Distribution | J | T | Buy | 08/31/15 | J | | |
| 79. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | | | | | |
| 80. SCHWAB US TREASURY ETF | A | Distribution | J | T | | | | | |
| 81. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy | 12/02/15 | J | | |
| 82. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 83. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 84. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 85. | | | | | Sold (part) | 09/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy (add'l) | 12/10/15 | J | | |
| 87. | | | | | Sold (part) | 09/28/15 | K | A | |
| 88. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 12/02/15 | J | | |
| 89. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/10/15 | J | | |
| 90. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Distribution | J | T | Buy | 09/28/15 | J | | |
| 91. SPDR MSCI ACWI EX-US ETF | A | Distribution | K | T | Buy | 09/28/15 | K | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. Brokerage Acct #4 | | | | | | | | | |
| 95. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 96. ACADIAN EMERGING MARKETS FUND | A | Distribution | | | Sold | 09/03/15 | J | A | |
| 97. BROWN ADVISORY GROWTH FUND | A | Distribution | K | T | | | | | |
| 98. HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 09/23/15 | J | A | |
| 99. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 100. JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 101. OAKMARK INTL FUND | A | Distribution | | | Sold | 12/10/15 | J | A | |
| 102. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 104. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 105. SCHWAB AGGR BOND ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 106. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 107. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/15 | J | | |
| 108. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Sold (part) | 09/03/15 | J | A | |
| 109. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 110. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Sold (part) | 09/03/15 | J | A | |
| 111. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 112. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 12/02/15 | J | | |
| 113. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/15 | J | | |
| 114. SPDR MSCI ACWI EX-US ETF | A | Distribution | K | T | Buy | 09/28/15 | K | | |
| 115. VANGUARD FTSE EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 09/03/15 | J | | |
| 116. POWERSHARES INTL DIVIDEND ETF | A | Distribution | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. Brokerage Acct # 5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | | | | | |
| 121. BROWN ADVISORY GROWTH FUND | A | Distribution | K | T | | | | | |
| 122. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 123. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 124. JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 125. MOTLEY FOOL GREAT AMERICAN FUND | A | Distribution | J | T | | | | | |
| 126. OAKMARK INTL FUND | A | Distribution | J | T | | | | | |
| 127. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 128. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 129. POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | | | | | |
| 130. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 131. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 132. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | | | | | |
| 133. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 134. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Acct #6 | | | | | | | | | |
| 138. BAIRD CORE PLUS BOND FUND | A | Distribution | J | T | | | | | |
| 139. PIMCO TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 140. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 141. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 142. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 143. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 144. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 145. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | J | T | | | | | |
| 146. SCHWAB AGGR BOND ETF | A | Distribution | J | T | | | | | |
| 147. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 148. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 149. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | | | | | |
| 150. SCHWAB US LARGE CAP ETF | A | Distribution | J | T | | | | | |
| 151. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 152. SPDR BARCLAYS EX-US TREASURY ETF | A | Distribution | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Brokerage #7 | | | | | | | | | |
| 156. IPATH BLOOMBERG COMMODITY INDEX ETF | A | Distribution | | | Sold | 05/04/15 | J | A | |
| 157. ISHARES AMT BOND ETF | A | Distribution | J | T | | | | | |
| 158. VANGUARD TOTAL STOCK MARKET ETF | A | Distribution | J | T | | | | | |
| 159. VANGUARD FTSE EMERGING MARKETS ETF | A | Distribution | | | Sold | 08/06/15 | J | A | |
| 160. VANGUARD ENERGY ETF | A | Distribution | J | T | Buy | 05/04/15 | J | | |
| 161. VANGUARD DIVIDEND APPRECIATION ETF | A | Distribution | | | Sold | 09/14/15 | J | A | |
| 162. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | | | Sold | 12/14/15 | J | A | |
| 163. ISHARES CORE MSCI EMERGING MARKETS | A | Distribution | J | T | Buy | 08/06/15 | J | | |
| 164. SELECT SECTOR SPDR ENERGY TRUST | A | Distribution | J | T | Buy | 05/04/15 | J | | |
| 165. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy | 12/14/15 | J | | |
| 166. SCHWAB US BROAD MARKET ETF | A | Distribution | K | T | Buy | 09/11/15 | K | | |
| 167. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | Buy | 09/25/15 | J | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. Brokerage # 8 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SCHWAB US REIT ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 172. ISHARES GOLD ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 173. ISHARES HIGH YIELD CORPORATE BOND ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 174. MARKET VECTORS EMERGING MARKET ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 175. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 176. SCHWAB FUNDAMENTAL EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 177. SCHWAB FUNDAMENTAL INTL LARGE CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 178. SCHWAB FUNDAMENTAL INTL SMALL CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 179. SCHWAB FUNDAMENTAL US LARGE CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 180. SCHWAB FUNDAMENTAL US SMALL CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 181. SCHWAB INTERNATIONAL ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 182. SCHWAB INTERNATIONAL SMALL CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 183. SCHWAB US LARGE CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 184. SCHWAB USC SMALL CAP ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 185. SPDR CALIF MUNI ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 186. VANGUARD GLOBAL EXUS REAL ESTATE ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |
| 187. VANGUARD TOTAL INTERNATIONAL BOND ETF | A | Distribution | J | T | Buy | 03/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | L | T | | | | | |
| 191. Citibank Checking / Savings Accts | A | Int./Div. | K | T | | | | | |
| 192. Capital One Bank Savings Acct | A | Int./Div. | L | T | | | | | |
| 193. 529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | N | T | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544